entered June 18, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 10834-1-III.    Division Three.    July 30, 1992.]

WEST COAST MILLS, INC., *Respondent*, v. BLAZE
CONSTRUCTION, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-2-01245-7, Bruce P. Hanson, J., entered May 11, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 10714-1-III.    Division Three.    July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. L.S.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00165-6, Donald W. Schacht, J., entered March 26, 1990. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 28466-5-I.    Division One.    August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LYLE
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00798-1, Sharon S. Armstrong, J., entered April 26, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Pekelis, J.